**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.xxlmag.com/michael-jordan-intervenes-wack-100-confrontation/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.xxlmag.com/search/?s=michael%20jordan%20intervenes

