UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DELRAY RICHARDSON,

                               Plaintiff,

      -against-

TOWNSQUARE MEDIA, INC.,

                             Defendants.
-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

24 Civ. 4217 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        An initial status conference having been had on September 27, 2024, the following steps will occur: any motions are to be filed by October 18, 2024; opposition papers to be filed by November 1, 2024; and replies to be filed by November 12, 2024. A date for further proceedings will be set at the conclusion of the motions briefing.

        SO ORDERED.

Dated:     September 30, 2024                       /s/ Alvin K. Hellerstein
             New York, New York                    ALVIN K. HELLERSTEIN
                                                                    United States District Judge