# EXHIBIT B

This Exhibit will be submitted to the Court via file transfer and compact disc.