# EXHIBIT D

The Wayback Machine - https://web.archive.org/web/20230803135000/https://www.xxlmag.com/michael-jordan-intervenes-wack-100-confrontatio



# MICHAEL JORDAN INTERVENES IN HEATED CONFRONTATION INVOLVING WACK 100 IN VIRAL VIDEO FROM 2015 – WATCH

C. Vernon Coleman II  |  Published: July 24, 2023                    DailyLoud/Twitter

**SHARE**                    **TWEET**

**Michael Jordan** recently broke up a heated confrontation involving **Wack 100** that was captured on camera.

**Michael Jordan Stops Wack 100 From Fighting**

On Sunday (July 23), social media blog DailyLoud shared video that shows **Wack 100** very close to getting into a fight of some sort outside while surrounded by a group of people. In the video, which you can watch below, Wack has his hands balled and is yelling at another person who is off camera.

"On Piru, n***a," **Wack 100** yells.

Suddenly, and most randomly, **Michael Jordan** steps through the crowd and gets in between **Wack 100** and the person, and attempts to quell the situation. Another man, who appears to be a security guard, tries to usher Wack away, but Wack is defiant.

"Get the f**k off me," **Wack 100** tells the man.

MJ tries to talk some sense into **Wack 100** before giving up and walking off to his car while being followed by a throng of paparazzi.

**Read More:** Photos of Michael Jordan With Your Favorite Rappers Over the Years

**Charleston White Rumored to Be Involved in Wack 100 Incident**

It is being reported that controversial YouTuber Charleston White was the subject of Wack 100's ire and is the person who His Airness tried to stop Wack from putting hands on. White has responded to the speculation on social media.

"Y'all n***as really believe I was somewhere with Michael Jordan and Wack 100?" White says in the clip below. "Come on, man. Y'all gotta stop believing this s**t. I ain't never in my life met Michael Jordan."

**Read More:** Freddie Gibbs Reacts to YouTuber Charleston White Reportedly Shooting Himself

See video of Michael Jordan stopping Wack 100 from squabbling below.

**Watch Michael Jordan Intervening in a Heated a Heated Confrontation Involving Wack 100 Below**

> *Michael Jordan breaks up a fight between Wack 100 & Charleston White*
>
> 👀 *pic.twitter.com/vdL2z2j9R6*
>
> — Daily Loud (@DailyLoud) *July 24, 2023*

> *Michael Jordan didn't break up a fight between Wack 100 & Charleston White #GameRelated pic.twitter.com/KZf2YtewyB*
>
> — EFV Nation 🌐 (@EFVnation) *July 24, 2023*

**SEE THE DEFINITIVE LIST OF BIZARRE TWEETS FROM RAPPERS**



GET OUR N

Email Address

 **Joe Budden** ✓
@JoeBudden                                    •••

I'm so horny right now I swear I could create a whole new hole. Lol

2:33 AM · Nov 16, 2012

JoeBudden/Twitter

**Joe Budden**

 **Lil pump** ✓
@lilpump                                      •••

Why shower if your getting dirty again

11:27 PM · Jan 8, 2020

LilPump/Twitter

**Lil Pump**



**Glory Boy** ✔
@ChiefKeef

• • •

I like money and long walks to Bed bath & beyond...
don't @ me

8:18 PM · Jan 17, 2019

ChiefKeef/Twitter

**Chief Keef**



NickiMinaj/Twitter

**Nicki Minaj**



**MAKE OUT HILL - XXX** ✅
@xxxtentacion

## drake mom kinda cute, she could get it

2:32 PM · Mar 30, 2017

XXXTentacion/Twitter

**XXXTentacion**

WizKhalifa/Twitter

**Wiz Khalifa**



**Cardi B** ✔
@iamcardib

I don't understand why my farts smells like beef jerky and I haven't ate beef in 4 days 🤔 How does that work broo

6:05 AM · Jun 5, 2017

CardiB/Twitter

**Cardi B**



**N.O.R.E** ✔
@noreaga

She in racial chat rooms showing feet!!!

6:15 PM · May 24, 2020

noreaga/Twitter

**N.O.R.E.**

nlechoppa1/Twitter

**NLE Choppa**



lilyachty/Twitter

**Lil Yachty**



**Lil B THE BASEDGOD** ✔ @LILBTHEBASEDGOD · Mar 15, 2012

THINK ABOUT ALL THE MODELS THAT BE ON THE RUN WAY FOR THE PROFESSIONAL SHOOTS AND THEY GO HOME AND FART AND SHIT ON THEMSELVS - Lil B

· · ·

LILBTHEBASEDGOD/Twitter

**Lil B**

yfnlucci/Twitter

**YFN Lucci**

vincestaples/Twitter

**Vince Staples**



youngthug/Twitter

**Young Thug**



**RiFF RAFF / DALE DAN TONY / JODY HiGHROLLER** ✔️
@JODYHiGHROLLER                                    •••

## iF U LOVE ME i MiGHT RANDOMLY SLiDE A BiG PiZZA UNDER YOUR DOOR

2:05 AM · Jun 10, 2013

JODYHiGHROLLER/Twitter

**Riff Raff**

kanyewest/Twitter

**Kanye West**



liltunechi/Twitter

**Lil Wayne**

Trippie Redd ✔️
@trippieredd

slow dancing to whole lotta red, yacht vibes

6:04 PM · Jan 4, 2022

trippieredd/Twitter

**Trippie Redd**



tylerthecreator/Twitter

**Tyler, The Creator**

---

### The Great Mac Miller ✓
@MacMiller

# i wanna get signed to pornhub

10/3/14, 4:58 AM

MacMiller/Twitter

**Mac Miller**

---



glotheofficial/Twitter

**GloRilla**

---

 **Ice Spice** ☆
@icespicee_

my coochie be soundin like squidward feet

3:40 PM · Sep 30, 2021

icespicee_/Twitter

**Ice Spice**

---



1Gunnagunna/Twitter

**Gunna**

---

**GOTH ANGEL SINNER** ✔
@Lilpeep                                    ···

Bring my grandma weed to the show if u coming thank u

4:54 PM · Oct 27, 2017

LilPeep/Twitter

**Lil Peep**

---

 **MeekMill** ✓
@MeekMill

⋯

I need vibrating panties with the remote lol they on Amazon? Lol

5:35 PM · May 28, 2021

MeekMill/Twitter

**Meek Mill**

---

 · ✓
@playboicarti

⋯

I belive when I die, I may be reborn as a kola bear

11:45 PM · Aug 8, 2011

PlayboiCarti/Twitter

**Playboi Carti**

GHerbo/Twitter

**G Herbo**

---

Curren$y_Spitta/Twitter

**Curren$y**

---



**AZEALIA BANKS** ✔
@AZEALIABANKS

Azealia Banks beefs with milk, claims he is white and oppressive and is trying to "culturally smudge" her coffee

2/20/15, 6:42 AM

AzealiaBanks/Twitter

**Azealia Banks**

PostMalone/Twitter

**Post Malone**



**Danny Brown** ☑
@xdannyxbrownx                                    •••

im just not taking dumps out the zipper on the ass part thats to weird bruh bruh

7:48 AM · Dec 26, 2011

xdannybrownx/Twitter

**Danny Brown**

Theslumpgod/Twitter

**Ski Mask The Slump God**



**Tennessee Titan**
@Thouxanbanfauni

All the girls wit Personality are Gay or Dead..

1:32 AM · Mar 21, 2013

Thouxanbanfauni/Twitter

**Thouxanbanfauni**

UnoTheActivist/Twitter

**UnoTheActivist**

Smokepurpp/Twitter

**Smokepurpp**



FivioForeign/Twitter

**Fivio Foreign**



**MADE IN 🗼okyo** 🇯🇵 skr skr ! ☑
@madeintyo

I wanna wake her up & bite dat lil ahhhhhh

2:41 AM · Jul 5, 2017

Madeintyo/Twitter

## Madeintyo

MoneybaggYo/Twitter

## Moneybagg Yo

**Big** 🐰 ✅
@FreddieGibbs

2 things Imma always beat.  The odds and my meat.

6:54 AM · Oct 4, 2020

FreddieGibbs/Twitter

**Freddie Gibbs**



**BABY PLUTO** 🌍🚀💕®✅
@LILUZIVERT

Watching the ball drop is like a school dance ..... you get so excited and ready all day just drink the same juice from lunch and get broke up by teachers if you dry hump ....2018 here we come head first . 🙃💚®

12:01 AM · Jan 1, 2018 · Twitter for iPhone

LILUZIVERT/Twitter

**Lil Uzi Vert**

iggyazalea/Twitter

**Iggy Azalea**



earlxsweat/Twitter

**Earl Sweatshirt**



50cent/Twitter

## 50 Cent

theestallion/Twitter

## Megan Thee Stallion



**TRAVIS SCOTT** ✅
@trvisXX

## An At the moment I'm inquiring spaceships.

12:50 PM · Mar 5, 2018

trvisxx/Twitter

**Travis Scott**

latto/Twitter

**Latto**



J. Cole ✔
@JColeNC

## Trying to show the world that black people can swim.

2:36 PM · May 25, 2009

jcolenc/Twitter

J. Cole



TACOBELLA ✔
@Rico_nastyy

## My son fat as hell dawg lmao

4:55 PM · Nov 23, 2017

rico_nastyy/Twitter

Rico Nasty



Polo.G🐐 ✓
@Polo_Capalot

⋯

Corona u dirty lyin bitch Where tf u been at???😂

1:19 AM · Jun 16, 2020

polo_capalot/Twitter

## Polo G



Tierra Whack ✓
@TierraWhack

hey, @BillGates are you a prostitute?

5:40 PM · Nov 16, 2014

tierrawhack/Twitter

## Tierra Whack

**Filed Under:** Charleston White, Michael Jordan, Wack 100

**Categories:** News

| Comments ▾ | LEAVE A COMMENT |

⌃
BACK TO TOP



WACK 100 PROVES KODAK BLACK WAS PAID $1 MILLION FOR 6IX9INE FEATURE, TELLS BOOSIE BADAZZ TO BACK OFF – WATCH

Joey Ech  |  Published: July 28, 2023

Unique Nicole/Prince Williams/John Parra/Kayla Oaddams/Getty Image...

| SHARE | TWEET |
|---|---|

6ix9ine's manager, Wack 100, has proof that Kodak Black was paid $1 million for his feature on Tekashi's single, "Shaka Laka," and with that, Wack is telling Boosie BadAzz to back off of Yak.

**Wack 100 Shows Off Kodak Black's $1 Million Check for Being Featured on 6ix9ine's "Shaka Laka"**

While the beef between Kodak Black and Boosie BadAzz intensifies, Wack 100 hit up Instagram on Friday (July 28) to prove to Boosie and anyone else that Kodak's was paid very handsomely for his guest feature on 6ix9ine's "Shaka Laka."

In Wack's video clip below, a man is seen interacting with a bank teller regarding a $1 million check that happens to be made out to one Bill K. Kapri, Kodak Black's government name. A withdrawal receipt seen within the video as being dated July 17 serves as further proof.

**Read More:** Kodak Black Appears to React to Backlash for Collaborating With 6ix9ine on New Song 'Shaka Laka'

**Wack 100 Tells Boosie BadAzz to Back Off of Kodak Black**

Along with the video showing Kodak Black's $1 million check for working with 6ix9ine, Wack 100 captioned his Instagram post with a very specific message for Boosie BadAzz. Amid Boosie's ongoing back-and-forth

spat with Kodak over the "Shaka Laka" song, Wack strongly suggests that since he's never had a problem with the "Wipe Me Down" spitter, now isn't the time for any issues.

"FOR ALL YALL THINKING @kodakblack is CAPP'n NAW." **Wack 100** writes on behalf of Kodak Black. "IMA STAND IN A GAP FOR THOSE THAT STOOD FOR ME . [**Boosie BadAzz**], THIS MAN SHOWED UP FOR WACK RESPECTFULLY GET OFF THAT BULL S**T WITH HIM. WEVE ALWAYS BEEN GOOD LETS KEEP IT THAT WAY. AND SHOUT OUT TO @fumevapors MY NEW BUSINESS PARTNERS WHO DID EXACTLY WHAT WE AGREED TO… TO THE REST FOLLOW YOUR MIND DO WHATS BEST FOR YOU …. NOW SHUT IT TF UP THAT FIRST BAD WAS REAL 2 MORE CAME AFTER THIS!!"

### Why Is Wack 100 Proving That Kodak Black Was Paid $1 Million?

In a recent interview with *No Jumper,* **Wack 100** explained as **6ix9ine**'s manager, he brokered the deal with **Kodak Black** to appear on Tekashi's "Shaka Laka," which dropped on July 21. According to Wack, Yak was not only paid "a whole lot of money" but also received a Rolls-Royce in the process.

### Why Is There Beef Between Boosie BadAzz and Kodak Black?

**Boosie BadAzz** and **Kodak Black** have been taking shots at each for the past week following the release of Yak's collab with 6ix9ine. The second "Shaka Laka" was announced, Boosie reacted by saying that **Kodak Black has "no morals. No principles"** and sold his soul due to working with a known **federal informant such as Tekashi**. In response, **Kodak Black** shared a social media clip of a fan calling Boosie the "most immature 40-year-old ever" while captioning the video with "Poosie a [clown emoji]."

**Read More:** **Kodak Black and Boosie BadAzz's Beef Due to Yak's 6ix9ine Collaboration Intensifies**

Check out the $1 million check **Wack 100** claims to have given **Kodak Black** for working with **6ix9ine** and see the intense music manager tell **Boosie BadAzz** to back down below.

### Watch Wack 100 Prove Kodak Black Was Paid $1 Million for His Feature on 6ix9ine's "Shaka Laka" and See Him Tell Boosie BadAzz to Back Off

### Watch Wack 100 Explain How He Brokered the Deal Between 6ix9ine and Kodak Black

---

## SEE WILD RAP BEEFS THAT'LL PROBABLY NEVER BE RESOLVED

Pusha-T and Drake, YG and 6ix9ine, and more.



Kevin Winter / Matthew Eisman, Getty Images (2)

### Pusha-T and Drake

The issues between **Drake** and **Pusha-T** go pretty far back. The beef started with the issues between the Clipse—Pusha and his brother No Malice—and Lil Wayne, which reportedly has roots on the collab track "What Happen to That Boy." Drake's affiliation with Wayne made him a target. In 2011, the **beef between Drake and Pusha** began to grow legs. Pusha dropped the song "Don't Fuck With Me," which sampled Drake's "Dreams Money Can Buy," on which Drake allegedly disses Pusha subliminally. Then Push released "Exodus 23:1" in 2012.

Pusha-T fired shots at Lil Wayne on "Your Favorite Rapper" and Drake responded by threatening violence on "Tuscan Leather" on his 2013 album, *Nothing Was the Same*. In 2016, Drake took aim at Pusha's drug-dealing past on "Two Birds, One Stone." Then, **Pusha-T dropped "Infrared,"** which appears on his 2018 album *Daytona,* reheating the beef between himself and Drizzy. Push called out Drake for using ghostwriters. **Drake then dropped "Duppy Freestyle"** in retaliation, which fired shots at both Pusha-T and Kanye West. **Push then released "The Story of Adidon."** The

single's artwork depicts Drake in blackface from an old photo shoot. The song gained a lot of attention and resulted in plenty **reactions, especially from hip-hop**. One of the most gasping bars was when Pusha revealed that Drake fathered a secret son.

Drake later **confirmed he has a son on songs "Emotionless" and "March 14"** on his 2018 *Scorpion* album. Drizzy shares a son named Adonis with former adult film star Sophie Brussaux. In 2019, Drake said he **had no desire to patch things up with Pusha**. Last year, the Virginia lyricist **appeared to diss Aubrey on a leaked Pop Smoke song** and Drake also **dropped some subliminal bars on Headie's "Only You Freestyle."** This beef has never officially been put to bed but it's currently inactive.

**Chances Are This Beef Gets Resolved**: 2



Frazer Harrison / Shareif Ziyadat, Getty Images (2)

## YG and 6ix9ine

In a nutshell, YG explained that Tekashi was "playing with too much of the real shit" **in a 2018** *The Breakfast Club* **interview**and he felt obligated to intervene. YG was referring to 6ix9ine trolling on the internet. And of course, Tekashi caught wind of the California rapper's interview and responded via Instagram. "YG, suck my fuckin' dick, stupid. Your last single before your album came out had four major artists on there. You had 2 Chainz, you had Nicki Minaj and you had Big Sean. How's my record doing better than your shit? You a whole bum out here," Tekashi said at the time. "Stop going on radio stations tryna promote your album mentioning my name."

Things nearly turned physical between the crews in November 2018 when Tekashi and YG affiliate Slim 400 **got into a heated argument at ComplexCon**. The volley of **disses continued** in 2019 but died down in 2020. Yet, YG and 6ix9ine haven't made amends and it doesn't look like that will happen anytime soon—if at all.

**Chances Are This Beef Gets Resolved**: 1



Jean Baptiste Lacroix / Jerritt Clark, Getty Images (2)

### Young Thug and YFN Lucci

**Young Thug** and **YFN Lucci**'s beef dates back to 2017, when Lucci tweeted, "Pac would've never wore a dress" in response to Thugger **dubbing himself the new Tupac** that same year and Thug wearing a dress on the cover of his 2016 mixtape *Jeffery*. Thug wrote back on Twitter, saying, "U lil mad or big mad peon." He then seemingly threatened Lucci writing, "Thank god u able to take care ya mama, and be humble Doin to much could become a deep sleep." Lucci later dropped a single called "Like Pac."

The beef died down shortly after that, but in March of 2019, **Young Thug responded** to fans questioning the status of his beef with Lucci. "Man, of course I'm gon' slap Lucci and Sauce," Young Thug said on his Instagram Livestream, also referring to Houston rapper Sauce Walka. "I'ma slap the hell out y'all little niggas man. Stop playin'. Keep playin' and know what time it is." Lucci responded, insisting that Thug wouldn't be putting his hands on anyone and mentioning Young Thug's then-girlfriend Jerrika Karlae in an Instagram video.

The two rappers continued to trade insults back and forth with Thug posting the **eyebrow-raising Instagram Story post**, "@yfn if ain like what u do for your mother and kids I WOULDVE BEEN KILLED U," following a bad album review from Lucci. Last March, Thug **reignited the beef by poking fun at Lucci's jewelry**. No major transgressions have occurred since then. However, there has been no love gained.

**Chances Are This Beef Gets Resolved**: 1

Kevin Winter / Pascal Le Segretain, Getty Images (2)

## Eminem and Machine Gun Kelly

Eminem and Machine Gun Kelly's tension dates all the way back to May of 2012. It all started when MGK made a comment about Em's daughter, Hailie, in a Twitter post. The Cleveland rapper referred to Hailie as "hot as fuck" after a photo of her went viral. Hailie was 16 years old at the time. Years later, in October of 2015, MGK indirectly accused Em during an interview of having him blackballed from the Shade45 satellite radio station while discussing his sophomore album, *General Admission*, not receiving the proper amount of support and radio play. MGK's claims are presumably connected to his own tweet about Hailie.

In March of 2018, MGK appeared on Tech N9ne's song "No Reason" and many people assumed that he dissed Eminem on the record. Em released his surprise LP, *Kamikaze*, months later in August and delivered a direct diss at Machine Gun Kelly on the song "Not Alike" featuring Royce 5'9". The diss didn't go unaddressed as MGK dropped "Rap Devil" days later. In September of 2018, Em dropped "Kill Shot," adding another layer to the longstanding feud. MGK later dissed Eminem at a show in Orlando, Fla.

Fast forward to 2020, their issues haven't been resolved. Marshall dissed Kelly on his surprise album, *Music to Be Murdered By*. Then Kelly appeared to diss Slim on the track "Bullets With Names" and recently blamed Em for the lukewarm reception of MGK's *Hotel Diablo* album. Em didn't waste an opportunity to diss MGK on the *B Side* of his latest deluxe album, which Kelly ultimately brushed off.

**Chances Are This Beef Gets Resolved**: 1



*Leon Bennett / Allen Berezovsky, Getty Images (2)*

### 50 Cent and Ja Rule

In 1999, **Ja Rule** was allegedly robbed for his chain at gunpoint by one of **50 Cent**'s affiliates. 50 claims he later saw Ja at the club and they had a rather tense interaction. Ja, however, claims this never happened. Fif later released the diss track "Life's on the Line," aimed at Ja Rule and Murder Inc, the label he was signed to. Their **beef** came to physical blows in 2000. The two rappers were booked at the same nightclub where their appearance resulted in a physical altercation. 50 Cent was stabbed by a Murder Inc. crew member at The Hit Factory recording studios in New York City.

Between 2002 and 2003, the two rappers traded insults back and forth in the form of diss tracks including 50's "I Smell Pussy," "Back Down" and "Hail Mary," and Ja Rule's "Loose Change" and "Guess Who Shot Ya." Ja and Murder Inc. also maintained that 50 took out an order of protection against them for the Hit Factory incident. Through the years, Fif and Ja have continued to trade insults back and forth at any opportunity they get. **The most petty shenanigans** tend to come from Fif. While Ja has admitted to losing the battle, that has not stopped him from **going at the *Power* creator's neck**.

This beef spans more than two decades and, according to 50, **won't end until one of them is dead**.

**Chances Are This Beef Gets Resolved**: 1

Carmen Mandato / Dimitrios Kambouris, Getty Images (2)

### Lil' Kim and Nicki Minaj

The beef between **Nicki Minaj** and **Lil' Kim** goes all the way back to the cover of Nicki's 2008 mixtape, *Sucka Free,* on which Nicki is shown squatting in a bra and panties. The artwork resembles Lil' Kim's 1996 *Hardcore* album artwork on which she famously squats. This began the chatter that Nicki was copying Kim. They later met at a Lil Wayne concert, where Nicki claims she asked Kim if everything was cool between them. They both supposedly have different versions of the conversation. Nicki claims Kim responded that they were cool, while Kim says she replied, "Picture somebody saying to me, 'We good?' I'll ring her throat, snatch her larynx out."

Their beef continued and Nicki eventually threw shade at Kim on Diddy's 2010 remix to "Hello Good Morning," on which Nicki raps, "Did I kill a queen?" In November of 2010, **Lil' Kim** spoke on her feelings about Nicki during an appearance at Club Pure in Queens—Nicki's hometown. There, the Queen Bee said, "First of all, I don't even need a record right now and I'd kill that bitch with my old shit. My records ain't just enter the charts, they made history. What the fuck is this bullshit? This shit come and go—are you kidding me?" Nicki later followed up on her comments, calling Kim a sore loser. "You're going to go down in history now as a sore loser, as opposed to going down in history as the Queen… Don't play with me," she said. After that, in 2011, Lil' Kim dropped her *Black Friday* mixtape, which included the title track, a diss to Nicki's Minaj's song "Roman's Revenge." Then, Nicki Minaj went in on **Lil' Kim**, releasing the diss track "Tragedy."

In 2013, Nicki admitted Kim inspires her, but the antics continued. When Nicki named herself the Queen on Beyoncé's "Flawless (Remix)," Kim recreated the song's cover artwork, replacing herself with Nicki Minaj. During an appearance on *The Breakfast Club* in 2014, Kim spoke on Nicki Minaj name-dropping her in the "Flawless (Remix)." "She made the first record towards me," Kim said. "If you listen to that remix, she been waiting for so long to even say the word 'Queen Bee' 'cause that's how obsessed she is. C'mon you on a record with Beyoncé. If I had a record with Beyoncé, I'm not sayin' nothing remotely so this chick think that I'm talkin' about her."

In 2018, Kim shut down rumors that she and Nicki were still beefing during an interview with Real 92.3.

Steven Ferdman / Steven Ferdman, Getty Images (2)

### French Montana and Young Thug

**French Montana** and **Young Thug** went back and forth last year after French claimed he could go **toe-to-toe against Kendrick Lamar in a hits battle**. Shortly after French boasted about the success of his music and being able to compete against K-Dot, Thugger entered the conversation. First, Thug called French a "stupid ass nigga" on Instagram, while denying that the Bronx rapper can compete with Kendrick. French then replied on IG by posting an alleged image of Young Thug wearing a skirt. The Bronx rapper later thanked the Young Stoner Life Records CEO for wearing a dress in his "No Stylist" video.

Moments later, things intensified on social media. "Aye Thug man, thank you for wearing that skirt for me on "No Stylist." You heard? Hold the cap. Fuck with you though. But, worry about 21 Savage before me and Kendrick, you heard?" said French. **Young Thug fired back with, "French Montana**, bitch-ass nigga. Listen, bro. Get out of your feelings. I'm only speaking from an artist standpoint. You do not have nowhere near more hits than Kendrick Lamar, whatsoever." Initially, Young Thug said he wasn't going to engage in the feud, but he apparently had a change of heart and called French out for allegedly owning a fake Bugatti, "cheesy ass jewelry" and insinuated that French is broke.

Thugger involved Meek Mill shortly after, claiming Meek has video footage of French Montana getting "knocked out." French questioned the video and offered $1 million if Thug could actually get his hands on the clip. Whether or not Thug obtained the clip is unknown, but Thugger did drive to a home supposedly owned by **French Montana**. Thug appears to have done this to support his claims that French doesn't have as much money as he says he does. "This is the house #AuntieFrench owned once upon a time. Dam thought I had something to do tonight," Young Thug said in an Instagram video sitting on a car while parked in front of the home. The steam behind this beef must've dissipated because we haven't heard too much about it since it transpired back in April of 2020.

**Chances Are This Beef Gets Resolved**: 3



Jamie McCarthy, Getty Images (2)

### Royce 5'9" and Yelawolf

**Royce 5'9"** and **Yelawolf** were label mates on Eminem's Shady Records and friends at a point. However, things went sour between the two and **Royce lamented on his 2020 track "Overcomer" featuring Westside Gunn**. "Yelawolf this is your first and your last pass/I ain't gon' put it on blast, your punk ass know what this about/You think it's 'bout being loud or tryna be hostile/'Til you get found face down on the ground outside of Kid Rock house/Though you a vulture pundit, I hope you get sober from this/Men lie, women lie, so do numbers," Royce raps.

During an interview with Real 92.3 last February, Royce said he felt obligated to call out Yelawolf because of things the rapper did within their friendship. "It falls into the category of respect," he explained. Royce continued, "He did something I felt was disrespectful. There was a window of time where he could have called me to clarify or just say something to me. He didn't even think he needed to call me—he didn't even extend me that respect. It was something that happened behind closed doors and he knew I knew about it. I took offense to it, and how I handled it was addressing it on a song. I felt it was the only way I could handle it—for me to air it out publicly would imply I'm using it as a vehicle to push an album or be vindictive. I'm not a vindictive person...I felt the only way to do it was let him know it's on my radar. I'm aware."

Royce hasn't openly stated what sparked his issues with Yelawolf, but the track served as a catalyst for an open conversation between the two because they hadn't been communicating. However, Yelawolf has since reached out to Royce 5'9". And although Royce says he has no ill will towards Yelawolf, it's unclear if they've reconciled.

**Chances Are This Beef Gets Resolved**: 4

Robin Marchant / Robin Marchant, Getty Images (2)

### Kanye West and Drake

There was a point in 2010 when **Drake** said that **Kanye West** was the most influential artist that he's ever had in his life. However, things changed drastically many years later. In May of 2018, Drizzy was involved in a heated feud with Pusha-T and when the Toronto rapper released the diss track "Duppy Freestyle," Drake addressed ghostwriter claims against him and said he'd ghostwritten for **Kanye**. He also called out Kanye's friendship with Virgil Abloh. Afterwards, Pusha-T dropped "The Story of Adidon," on which Pusha revealed that Drizzy had a secret son.

That same year, during a conversation on **LeBron James' HBO series** *The Shop*, **Drake accused Kanye of telling Pusha about his son, Adonis**, whom Drake had yet to reveal to the world. Apparently, Kanye had heard Drake's song "March 14" prior to it being released and on the track, Drizzy admits to having a son. In September of 2018, an unreleased song by Drake and French Montana surfaced online, on which Drizzy mentioned Kanye's Yeezy 350 sneakers. "Keeping it G, I told her don't wear no 350s around me," he rapped. 'Ye later apologized to Drake for infringing on the release date for Drizzy's *Scorpion* album and not speaking with Pusha prior to him dropping "Infrared," which egged on Push and Drizzy's feud.

Months later, Kanye shared a screenshot of a text message via Twitter, which revealed that **Drake was trying to clear a sample for "Say What's Real,"** which was a remake of Kanye's "Say You Will." The sample was cleared, despite 'Ye saying "No." Kanye posted a number of tweets afterwards, calling out Drizzy. He later said that Drake reached out to him.

**Chances Are This Beef Gets Resolved**: 2

---

**Filed Under:** 6ix9ine, Boosie Badazz, Kodak Black, Wack 100

**Categories:** News

| Comments ▾ | LEAVE A COMMENT |

▲
BACK TO TOP



INFORMATION

Contact Us
Advertise
Privacy
Exercise My Data Rights

FOLLOW US

© 2023 XXL Mag, Townsquare Media, Inc. All rights reserved.