# EXHIBIT E

The Wayback Machine - https://web.archive.org/web/20230621193810/https://www.xxlmag.com/melle-mell-eminem-not-top-five-rapper/



MELLE MEL THINKS EMINEM IS ONLY CONSIDERED A TOP FIVE RAPPER BECAUSE EM'S WHITE

C. Vernon Coleman II | Published: March 3, 2023

The Art of Dialogue/YouTube/The

SHARE

TWEET

**Melle Mel** isn't as impressed with **Eminem** as the folks who made up *Billboard* and *Vibe*'s **Top 50 Greatest Rappers of All-Time** list. And the hip-hop pioneer thinks Em is only considered a top five rapper because of his race.

On Thursday (March 2), YouTube channel **The Art of Dialogue** released a new interview clip with Melle Mel where he opined about **Eminem**'s status in rap game and No. 5 ranking on *Billboard* and *Vibe*'s list, in particular.

"Obviously, he's a capable rapper," **Melle Mel** noted. "If you talking about sales, he sold more than everybody. If you talking about rhyme styles, OK, he rhyme style. But he's White. So, if Eminem was just another n***a like all the rest of us, would he be top five on that list where a n***a that can rhyme as good as him is [No.] 35? That had records and all that. He's 35."

Melle Mel went on to say if he was White he'd be greater than Elvis due to his contributions to the hip-hop culture.



NEWS | MUSIC | VIDEOS | FRESHMAN | SHOP

the equation. If he was a Black rapper, he wouldn't even make the list, probably.

On Friday (March 3), TAOD released its latest episode with Melle Mel. Continuing on the topic, Mel said he didn't think Lil Wayne was worthy of the **No. ranking Wayne thinks he deserves** on *Billboard* and *Vibe*'s list due to the fact that the New Orleans rapper uses Auto-tune.

"You don't even know his real voice," Melle Mel stated. "If his voice is on Auto-tune, was it something wrong with his voice for them to put the Auto-tu his voice? Or was it something they did in the studio just to give it that rawness?"

Melle Mel has discredited Eminem previously. Back in 2017, he **threw shots at Em and Jay-Z.**

**See Melle Mel's Interviews on The Art of Dialogue Below**



Eminem Being White Is The Reason He's A Top 5 Rapper Of All Time. If He Were Black, He'd Be Average!

Subscribe to X

Lil Wayne Is Not A Top 10 Rapper Of All Time Because He Uses Autotune.

Subscribe to X>

**Filed Under:** Eminem, Grandmaster Melle Mel, melle mel

**Categories:** News

Comments                                                                 LEAVE A COMMENT

BACK TO TOP

INFORMATION                                         FOLLOW US

Contact Us
Advertise
Privacy
Exercise My Data Rights

© 2023 XXL Mag, Townsquare Media, Inc. All rights reserved.