# EXHIBIT F

The Wayback Machine - https://web.archive.org/web/20240421205416/https://www.xxlmag.com/50-cent-melle-mel-eminem-comments-top-five-rap



**50 CENT FIRES BACK AT MELLE MEL FOR SAYING EMINEM IS A HUGE SUCCESS BECAUSE EM'S WHITE**

Trent Fitzgerald | Published: March 5, 2023

Presley Ann/Getty Images/The Art Of Dialogue/YouTube

**SHARE**  **TWEET**

**50 Cent** has come to the defense of Eminem following **Melle Mel**'s comments that **Eminem** is only considered to be a top five rapper because he is White.

In an Instagram post on Sunday (March 5), **50 Cent** slammed **Melle Mel** for his critical remarks about **Eminem**'s No. 5 placement in *Billboard* and *Vibe*'s Top 50 Greatest Rappers of All-Time list.

"There was more money selling dope than being in Hip Hop when Melly Mel was popping, the culture has grown so much," Fif wrote in his IG post that has since been deleted. "I am not sure if it would be what it is today with out artist like Eminem. Shit I am not sure I would be who I am with out him but you know it is competitive so n****s gonna hate. LOL f**k outta here ! We sucker free."

What **50** is referring to **Melle Mel**'s interview with YouTube channel **The Art of Dialogue** where he downplayed Eminem's status in the rap game and his No. 5 ranking on *Billboard* and *Vibe*'s list, in particular.

"Obviously, he's a capable rapper," **Mel acknowledged.** "If you talking about sales, he sold more than everybody. If you talking about rhyme styles, OK, he got rhyme style. But he's White. So, if Eminem was just another n***a like all the rest of us, would he be top five on that list where a n***a that can rhyme just as good as him is [No.] 35? That had records and all that. He's 35."

**Melle Mel** added that if he was White he'd be greater than Elvis due to his contributions to the hip-hop culture.

**Melle Mel** has not responded to **50 Cent**'s remarks as of yet.

### Read 50 Cent's Comment About Melle Mel Below

> 50 Cent Defends Eminem after Melle Mel comments about Eminem's place in the Top 5 discussion **pic.twitter.com/7BPA1fbKyX**
>
> — Hip Hop Immortal (@HipHopImm0rtal) **March 5, 2023**

### Watch Melle Mel's Interview on The Art of Dialogue Below



Eminem Being White Is The Reason He's A Top 5 Rapper Of All Time. If He Were Black, He'd Be Ave…

Subscribe to **XXL** on

---

### SEE EVERY RAPPER WITH A STAR ON THE HOLLYWOOD WALK OF FAME



NEWS | MUSIC | VIDEOS | FRESHMAN | SHOP | FEATURES | LIS…

LISTEN
XXL Higher…

LYRICAL COMPETITI…
HOP

GET OUR N…

Email Address





Frazer Harrsion/Getty Images

**Queen Latifah**

Honored:

January 2006

---



Vince Bucci, Getty Images

**Diddy**

Honored:

May 2008

Alberto Rodriguez, Getty Images

**Pharrell**

Honored:

December 2014

Alberto Rodriguez, Getty Images

## LL Cool J

Honored:

January 2016

Matt Winkelmeyer, Getty Images

## Pitbull

Honored:

July 2016

Variety/YouTube

## Ice Cube

Honored:

June 2017



Kevin Winter/Getty Images

**Snoop Dogg**

Honored:

November 2018

Amy Sussman/Getty Images

**Cypress Hill**

Honored:

April 2019

Leon Bennett/Getty Images

**50 Cent**

Honored:

January 2020

Emma McIntyre/Getty Images

**Missy Elliott**

Honored:

November 2021

---

Kevin Winter/Getty Images

**DJ Khaled**

Honored:

April 2022

Michael Buckner/Getty Images

### Ice-T

Honored:

February 2023

**Filed Under:** 50 Cent, Eminem, Melle Mel

**Categories:** News

---

**MORE FROM XXL**



Fans Joke That 50 Cent Is the New Tyler Perry After Opening Giant Film Studio in Louisiana



Actor Macaulay Culkin Was Eminem's First Choice to Star in 'Stan' Video – Report



Benzino Challenges Eminem to Face-to-Face Rap Battle


**20 Hip-Hop Songs That Name-Drop O.J. Simpson**


**Eminem Is Searching for Stans to Use in Upcoming Documentary**


**50 Cent Criticizes Yung Miami for Calling Herself a W***e, She Explains It Was Taken Ou…**


**50 Cent's Got 'No Diddy' Jokes at 2024 Dreamville Festival**


**50 Cent Insists It's Not Looking Good for Diddy Following News Cassie Is…**


**50 Cent Trolls Diddy With Odd Clip From Get Him to the Greek Movie**



INFORMATION

Contact Us
Advertise
Privacy
Exercise My Data Rights
Consent Settings

FOLLOW US

© 2024 XXL Mag, Townsquare Media, Inc. All rights reserved.