UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DELRAY RICHARDSON,

                                      Plaintiff,                          24 **CIVIL** 4217 (AKH)

                -against-                              **JUDGMENT**

TOWNSQUARE MEDIA, INC.,

                                     Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order & Opinion dated January 14, 2025, Defendant's motion for judgment on the pleadings, dismissing the Complaint, is granted. Defendant is entitled to reasonable attorney's fees and costs pursuant to 17 U.S.C. § 505, and may prove them except as to defamation attorney's fees and costs.

**Dated:**  New York, New York
           January 15, 2025

                                                                      **TAMMI M. HELLWIG**
                                                                       **Clerk of Court**

                                      **BY:**
                                                                      **Deputy Clerk**