UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELRAY RICHARDSON,

          Plaintiff,

v.

TOWNSQUARE MEDIA, INC.,

          Defendant.

Case No: 1:24-cv-04217-AKH

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Delray Richardson ("*Plaintiff*") in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on January 15, 2025. [ECF No. 32].

Dated: February 6, 2025

**SANDERS LAW GROUP**

By:   */s/ Craig Sanders*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 128511
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Craig Sanders, hereby certify that on February 6, 2025, I caused a copy of the foregoing Notice of Appeal to be served upon the following counsel for defendant Townsquare Media, Inc. by the Electronic Case Filing System:

DAVIS WRIGHT TREMAINE LLP
Rachel F. Strom, Esq.
Abigail B. Everdell, Esq.
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
rachelstrom@dwt.com
AbigailEverdell@dwt.com

DAVIS WRIGHT TREMAINE LLP
Celyra Myers, Esq.
1301 K Street NW, Suite 500
Washington, DC 20001
celyramyers@dwt.com

                                            */s/ Craig Sanders*
                                            Craig Sanders