UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                         :

DELRAY RICHARDSON,                   :

                                   : **ORDER REGULATING**

                  Plaintiff,       : **PROCEEDINGS**

                                   :

      -against-                 : 24 Civ. 4217 (AKH)

                                   :

TOWNSQUARE MEDIA, INC.,       :

                                   :

               Defendant.     :

                                   :

                                   :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

In addition to the matters discussed at the status conference on June 5, 2026:

1. Plaintiff shall file, by June 19, 2026, an Amended Complaint reflecting the decision of the Second Circuit.

2. Plaintiff shall attach to the Amended Complaint copies of the copyright registration certificates relevant to the claims that remain in the case.

3. Any motion seeking leave to add additional claims shall be filed by June 19, 2026.

     SO ORDERED.

Dated:     June 5, 2026                    /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                        United States District Judge